IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| DONALD R. REEDER and <br> LINDA REEDER, | ) <br> ) <br> ) | |
| Plaintiffs, | ) <br> ) | |
| vs. | ) <br> ) | Case No. 04-3453-CV-S-GAF |
| GENERAL MOTORS CORPORATION <br> and THE ESTATE OF JOHN G. <br> LOCKE, | ) <br> ) <br> ) <br> ) | |
| Defendants. | ) | |

## ORDER OF DISMISSAL

Now before the Court is plaintiffs' Memorandum of Dismissal. Accordingly, it is

ORDERED that the above referenced case is hereby dismissed with prejudice. Each party is to bear its own costs.

                                          /s/ Gary A. Fenner
                                          GARY A. FENNER, JUDGE
                                          United States District Court

DATED: April 21, 2005